**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JIMMY ASHLEY**                                                                              **PLAINTIFF**

**v.**                                            **3:10CV00259-BRW**

**FLORINE TOUSANT MILLIGAN, in her official
capacity as Chairperson of the Board of Trustees
for Arkansas State University**                                                    **DEFENDANT**

**ORDER**

Defendant's Answer in this case states that Mr. Howard Slinkard should be substituted as

the representative of Arkansas State University.[1]  Accordingly, the Clerk is directed to substitute

Mr. Slinkard for Ms. Milligan on the docket.

IT IS SO ORDERED this 6th day of July, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 8, ¶ 4.