## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201
(501) 604-5140
Facsimile (501) 604-5149

July 6, 2011

Mr. Edward I. Zwilling
Schwartz Zweben & Slingbaum LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216

Mr. Mark Alan Mayfield
Womack, Landis, Phelps & McNeill, P.A.
Post Office Box 3077
Jonesboro, AR 72403-3077

     Re:    *Ashley v. Milligan*, 3:10CV00259-BRW

Dear Counsel:

It has come to my attention that my order of March 28, 2011, requested a status report within 60 days, but no status report has been filed. I do, of course, see that an answer has been filed, and take that as an indication that no settlement has been reached.

Please respond, or file a status report, no later than 5:00 p.m., Friday, July 8, 2011.

                      Cordially,

                      /s/ Billy Roy Wilson

cc:    Clerk of the Court