IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                          PLAINTIFF

v.                                    3:10-CV-00259-BRW

HOWARD SLINKARD, In His Official                                        DEFENDANT
Capacity As Chairman Of The Board Of
Trustees For The Arkansas State University

## ORDER

The parties filed a Notice of Proposed Settlement (Doc. No. 22) providing that they agree in principle on substantive issues (except fees and costs) and procedure regarding settlement. This case is set for trial on January 29, 2013.[1] The parties ask that the Court waive all deadlines in the Scheduling Order[2] for 60 days while they continue working on a consent decree.[3]

The Complaint in this case was filed in October, 2010.[4] A March 28, 2011 Order granted the parties' joint motion to stay this case for 120 days while the parties explored settlement.[5] The parties' then asked for two continuances, citing, among other reasons, time needed to discuss possible settlement.[6] The parties apparently have made progress towards settlement over the past 19 months, but have not worked out all the details. The parties' request to waive the deadlines in the Scheduling Order, including the trial date, is GRANTED. But, I do not anticipate granting

---

[1] Doc. No. 21.

[2] *Id*.

[3] Doc. No. 22.

[4] Doc. No. 1.

[5] Doc. No. 7.

[6] Doc. Nos. 17, 20.

2

any more continuances in this case.  The parties are directed to file their consent decree by 5:00 p.m., Friday, February 15, 2013.

    IT IS SO ORDERED this 14th day of December, 2012.


                /s/Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE