UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

April 3, 2013

Mr. Mark Mayfield
Womack, Phelps & McNeill
P.O. Box 3077
Jonesboro, AR 72403
mmayfield@wpmfirm.com

     RE:    *Ashley v. Slinkard*
            Case No. 3:10-CV-00259-BRW

Dear Mr. Mayfield:

I have received Plaintiff's supplemented motion for an award of attorney's fees, expert fees, and costs (Doc. No. 28). Plaintiff asks me to grant him an award of $38,000 and states that you do not intend to object. I assume this is correct, but need your express acknowledgment before I proceed.

                                                   Cordially,

                                                   /s/ Bill Wilson

Original to Clerk of the Court
CC:  Other Counsel of Record